United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TYPEWRITORIUM COMPANY DBA A2Z BUSINESS SYSTEMS,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 20-cv-04816-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 31 |

Before the Court is Defendant's motion to dismiss. ECF No. 31. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for December 16, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: December 7, 2020



JON S. TIGAR
United States District Judge