United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TYPEWRITORIUM COMPANY DBA A2Z BUSINESS SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Defendant. | Case No. 20-cv-04816-JST<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: ECF No. 31 |

On August 16, 2021, the Court granted Defendant's motion to dismiss Plaintiff's first amended complaint with leave to amend. ECF No. 64. An amended complaint was due within 21 days from the date of the order. *Id.* at 5. The order stated that "[i]f no amended complaint [was] filed, the Court [would] dismiss the case with prejudice." *Id.* No amended complaint was filed. Accordingly, the case is now dismissed with prejudice. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 17, 2021

_____
JON S. TIGAR
United States District Judge