1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6

| THE TYPEWRITORIUM COMPANY DBA A2Z BUSINESS SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Defendant. | Case No.  20-cv-04816-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 66 |
|---|---|

Pursuant to the Order Dismissing Case with Prejudice signed September 17, 2021, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 17, 2021

Susan Y. Soong
Clerk, United States District Court

Susan Y. Soong
By: 
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR