|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 29 2022<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

THE TYPEWRITORIUM COMPANY, DBA A2Z Business Systems,

        Plaintiff-Appellant,

 v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

        Defendant-Appellee.

No.   21-16716

D.C. No. 4:20-cv-04816-JST
Northern District of California, Oakland

ORDER

The parties' stipulated motion (Docket Entry No. 14) for voluntary dismissal is granted. This appeal is dismissed with prejudice. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT


                              By: Grace Santos
                              Deputy Clerk
                              Ninth Circuit Rule 27-7

GS  03/28/2022/Pro Mo